HONORABLE RICARDO MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN GONZALEZ VARGAS,<br><br>Defendant. | Cause No. 18-CR-00284 RSM<br><br>**ORDER GRANTING MOTION<br>TO SEAL DOCUMENT** |

This matter coming before this Court on Defendant Juan Gonzalez Vargas's Motion to Seal Document, and good cause appearing therefor

NOW THEREFORE, the Psychological Report previously filed under seal shall be permitted to remain under seal.

Dated this 28th day of <u>October</u>, 2019.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Proposed by:

s/ Jennifer Kaplan
Jennifer Kaplan, WSBA #40937
Attorney for Juan Gonzalez Vargas

ORDER GRANTING MOTION TO SEAL
DOCUMENT- 1

*Jennifer Kaplan*
2125 Western Avenue, Suite 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818